ESTATE OF ERNEST R. ANDERSON, Deceased, LAWRENCE E. ANDERSON, and RICHARD C. ANDERSON, Co-Administrators, Petitioners v. COMMISSIONER OF INTERNAL REVENUE, Respondent
Estate of Anderson v. Commissioner
Docket No. 7540-74.
United States Tax Court
T.C. Memo 1976-287; 1976 Tax Ct. Memo LEXIS 115; 35 T.C.M. (CCH) 1282; T.C.M. (RIA) 760287; September 9, 1976, Filed; WITHDRAWN November 15, 1976 *115 Thomas P. Casey, for the petitioners. Thomas R. Ascher, for the respondent. TANNENWALD
TANNEWALD, Judge